# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEREMIAH DAVILA-LYNCH, on behalf of himself and others similarly situated,<br><br>    *Plaintiff,*<br><br>v.<br><br>HOSOPO CORPORATION D/B/A HORIZON SOLAR POWER and FLOW MEDIA SOLUTIONS LLC,<br><br>    *Defendants.* | Civil Action No.: 1:18-cv-10072-FDS |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties jointly move the Court to enter the accompanying Stipulated Protective Order as to Confidentiality. This protective order specifies the conditions under which private, sensitive, and/or legally confidential documents and information in possession of the parties must be exchanged, used, and protected in this litigation, and authorizes the parties to disclose that information in response to discovery requests. This protective order is justified by Rule 26(c) of the Federal Rules of Civil Procedure and relevant case law and is necessary in order for the parties to obtain relevant and essential discovery.

Prompt entry of this order authorizing the parties to disclose such records is necessary for the conduct of discovery in this action. The parties, therefore, respectfully request that the attached Stipulated Protective Order as to Confidentiality be adopted by order of the Court.

For Plaintiff(s):

_/s/ Anthony Paronich w/ permission_
GK
Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110

For Defendant:

_____
Greil Roberts
Gordon & Rees LLP
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033

## **CERTIFICATION**

I hereby certify that on June 19, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                          */s/ Greil I. Roberts*

                                                          Greil I. Roberts, Esq.